UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT WOLFE** | **CIVIL ACTION** |
| versus | **NO. 11-2906** |
| **N. BURL CAIN, WARDEN** | **SECTION: "H" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections (Doc. 19) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Albert Wolfe** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of January, 2013.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE